IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM J. STAFFORD, | **8:22CV60** |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| DOUGLAS COUNTY CORRECTIONAL CENTER, | |
| Defendant. | |

On March 29, 2022, the court entered an order granting Plaintiff an extension of time, until May 18, 2022, to file an amended complaint (see Filing 14). To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1.     This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2.     The court will enter judgment by a separate document.

Dated this 27th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge